UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-2729
_____

In re:  ALLERGAN ERISA LITIGATION

ANDREW J. ORMOND, on behalf of the Allergan, Inc. Savings and Investment
Plan, the Actavis, Inc. 401(k) Plan, himself, and a class consisting of similarly situated
participants of the Plan; JACK XIE,

Appellants
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Nos. 2:17-cv-01554 & 2:17-cv-05070)
District Judge:  Honorable Susan D. Wigenton
_____

ORDER AMENDING OPINION

(Filed: September 18, 2020)
_____


The opinion filed September 18, 2020 is hereby amended, It has come to the Clerk's
attention that last name for one of appellee's counsel was misspelled.  Counsel for
appellee should be correctly listed as Robert D. Towey and not as Robert D. Towry.

For the Court,


s/ Patricia S. Dodszuweit
Clerk

Date:  September 23, 2020

kr/cc:  All Counsel of Record